IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFORD BROCK, et al | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 13-7631 |
| INTERNATIONAL UNION OF | : |
| OPERATING ENGINEERS, LOCAL | : |
| 542 DISTRICT 1 | : |

# ORDER

**AND NOW**, this 15th day of October 2015, upon consideration of Defendant's Motion for Summary Judgment (ECF Doc. No. 32), Plaintiffs' Opposition (ECF Doc. No. 39) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 32) is **GRANTED** as Plaintiffs cannot adduce genuine issues of material facts evidencing race discrimination, disparate impact or retaliation violating Title VII, 42 U.S.C. §2000e *et seq.* and Defendant is entitled to judgment as a matter of law.

The Clerk of this Court shall **close** this matter.

_____
KEARNEY, J.